# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 75

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| CLARENCE STEVEN ARCH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court, pursuant to a Second Motion to Continue Arraignment (#15) filed by counsel for Defendant. It appears that the Assistant United States Attorney has been consulted in this matter and has no objection to the motion. It further shows that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Second Motion to Continue Arraignment (#15) is **ALLOWED** and the hearing will be scheduled at a later date.

Signed: June 28, 2017

_____
Dennis L. Howell
United States Magistrate Judge

1